UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Molly Horan</u>

   v.          Civil No. 13-cv-204-JD

<u>Bertucci's Corporation</u>

<u>ORDER</u>

Re: Document No. 5, Proposed Discovery Plan

Ruling: Approved and adopted as a pretrial scheduling order with the following modifications:  To the extent there is a conflict between the competing proposals contained in the discovery plan, the court adopts the defendant's proposals in sections XIV (e-discovery) and XV (privileges) of the plan, and the plaintiff's proposal in section XIX (depositions). The court does not adopt the 45-day rule the parties suggest with respect to the days between the court's ruling on any summary judgment motion and the trial date. The trial date is firm unless rescheduled by Judge DiClerico.  Trial: Two-week trial period beginning May 20, 2014. In light of the court's approval of the parties' proposed discovery plan (which contained competing proposals but did not request a pretrial conference with the court) as detailed in this order, the pretrial conference currently scheduled to occur on June 4, 2013, is cancelled.


<u>Date:  May 31, 2013</u>      <u>/s/ Landya B. McCafferty</u>
              Landya B. McCafferty
              United States Magistrate Judge


cc:  John Sherman, Esq.
   Christopher Vrountas, Esq.